

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Herrera, on behalf of himself and others similarly situated <br><br> **Plaintiff,** <br> V. <br><br> National Vision, Inc. <br><br> **Defendant.** | Civil Action No. 23-cv-01350-LAB-WVG <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is DISMISSED WITHOUT PREJUDICE to Herrera pursuing his claims on an individual basis.

Date:    9/11/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  B. Chandler
                               B. Chandler, Deputy